

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2018

No. 04-18-00325-CV

**IN THE INTEREST OF S.S. AND S.S., CHILDREN**,

From the County Court, Jim Wells County, Texas
Trial Court No. 16-08-56366-CV
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

On July 17, 2018, appellee Texas Department of Family and Protective Services filed a motion requesting access to the sealed reporter's record filed on July 5, 2018, in order to prepare the appellee's brief. The motion is GRANTED. The clerk of this court is instructed to provide the appellee with a CD-ROM containing the sealed record. The appellee is ORDERED not to share the contents of the sealed record with any person except to the extent necessary to prepare its brief. If the sealed record is referenced in the brief, the appellee is ORDERED to (1) file its brief in paper form only, (2) with a cover letter informing the clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal). Upon the filing of the appellee's brief, the appellee is ORDERED to return the CD-ROM to the clerk of the court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court